| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. Debtor's name                     KEM REST., INC.

2. All other names debtor
   used in the last 8 years

   Include any assumed
   names, trade names and
   *doing business as* names

3. Debtor's federal
   Employer Identification        13-3587260
   Number (EIN)

4. Debtor's address        **Principal place of business**               **Mailing address, if different from principal place of business**

   **3836 Flatlands Avenue**                    **214 10th Avenue**
   **Brooklyn, NY 11234**                       **New York, NY 10011**
   Number, Street, City, State & ZIP Code        P.O. Box, Number, Street, City, State & ZIP Code

   **Kings**                                    **Location of principal assets, if different from principal place of business**
   County

   Number, Street, City, State & ZIP Code

5. Debtor's website (URL)     _____

6. Type of debtor        ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   KEM REST., INC. _____      Case number (*if known*) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | Relationship | Affiliate |
|---|---|---|---|
| Debtor | Thompson Rest. Inc. | Relationship | Affiliate |
| District | EDNY | When _____ | Case number, if known |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor    KEM REST., INC.                                    Case number (*if known*) _____
          Name

11. **Why is the case filed in this district?** *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### ▮ Statistical and administrative information

13. **Debtor's estimation of available funds**       .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

15. **Estimated Assets**

☐ $0 - $50,000
☑ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

16. **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    KEM REST., INC.                                    Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 14, 2017
               MM / DD / YYYY

X _____          Kim Cohen
  Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X _____          Date    June 14, 2017
  Signature of attorney for debtor                  MM / DD / YYYY

Lawrence Morrison
Printed name

MORRISON TENENBAUM PLLC
Firm name

87 Walker Street, Floor 2
New York, NY 10013
Number, Street, City, State & ZIP Code

Contact phone    212-620-0938        Email address    morrlaw@aol.com, LMORRISON@M-T-LAW.COM

_____
Bar number and State

Fill in this information to identify the case:

Debtor name    KEM REST., INC.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW
YORK

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ace Endico 98 International Bvld Brewster, NY 10509 | | Trade Debt | | | | $843.99 |
| C. Mazzella Market 694 Ninth Avenue New York, NY 10036 | | Trade Debt | | | | $608.50 |
| Con Edison PO Box 138 New York, NY 10276 | | Utilities | | | | $1,612.20 |
| Cremosa Food Co, LLC 5 Park Drive Melville, NY 11747 | | Trade Debt | | | | $7,761.22 |
| Driscoll Foods 174 Delawanna Ave Clifton, NJ 07014 | | Trade Debt | | | | $4,845.22 |
| Eisner Food Company PO Box 6065 Englewood, NJ 07631 | | Trade Debt | | | | $7,664.20 |
| Empire 16 Bridgewater St. Brooklyn, NY 11222 | | Trade Debt | | | | $2,434.44 |
| Gaeta 25 Van Street Staten Island, NY 10310 | | Trade Debt | | | | $762.13 |
| Jolee Seafood Inc. 48 Lombardy Street Brooklyn, NY 11222 | | Trade Debt | | | | $3,891.38 |
| M & M PO Box 155 Morganville, NJ 07751 | | Trade Debt | | | | $1,027.10 |
| Manhattan Beer 955 E. 149th Street Bronx, NY 10455 | | Trade Debt | | | | $641.52 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    KEM REST., INC.
          Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Manhattan Paper Corp 700 Pennsylvania Ave Lyndhurst, NJ 07071 | | Trade Debt | | | | $1,517.95 |
| Monsier Touton Selection 129 W. 27th Street New York, NY 10001 | | Trade Debt | | | | $864.00 |
| Noah Management Group 1428 36th Street Suite 219 Brooklyn, NY 11218 | | | | | | $18,540.00 |
| NYC Consumer Affairs 42 Broadway New York, NY 10004 | | | | | | $7,877.90 |
| OmniPak 2916 120th Street Flushing, NY 11354 | | Trade Debt | | | | $570.84 |
| Raffetto's 469 West Commercial Ave Moonachie, NJ 07074 | | Trade Debt | | | | $474.93 |
| Southern Glazers of NY PO Box 250 East Norwich, NY 11732 | | Trade Debt | | | | $768.16 |
| Weirfield Coal Company 386 Weirfield Street Brooklyn, NY 11237 | | Trade Debt | | | | $1,790.99 |
| Wine Emporium 209 North 11th Street Brooklyn, NY 11211 | | Trade Debt | | | | $2,260.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## United States Bankruptcy Court
### Eastern District of New York

In re   **KEM REST., INC.**                         Case No. _____

                                        Debtor(s)          Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kim Cohen<br>250 West 88th Street<br>New York, NY 10024 | Common Stock | 200 | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 14, 2017**                      Signature                                
                                                      Kim Cohen

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re   KEM REST., INC.

Debtor(s)

Case No. _____

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

    The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   June 14, 2017

Kim Cohen/President
Signer/Title

Ace Endico
98 International Bvld
Brewster, NY 10509


Acme Linen & Uniform
PO Box 780615
Maspeth, NY 11378


Anheuser Busch Sales
550 Food Center Drive
Bronx, NY 10474


Auto Chlor
685 Gotham Parkway
Carlstadt, NJ 07072


C. Mazzella Market
694 Ninth Avenue
New York, NY 10036


Carousel Cakes
5 Seeger Drive
Nanuet, NY 10954


Coca Cola
Coca Cola Refreshments
PO Box 4108
Boston, MA 02211


Con Edison
PO Box 138
New York, NY 10276


Cremosa Food Co, LLC
5 Park Drive
Melville, NY 11747


Driscoll Foods
174 Delawanna Ave
Clifton, NJ 07014


Eisner Food Company
PO Box 6065
Englewood, NJ 07631

Empire
16 Bridgewater St.
Brooklyn, NY 11222


Gaeta
25 Van Street
Staten Island, NY 10310


John's Ravioli Co
15 Drake Ave
New Rochelle, NY 10805


Jolee Seafood Inc.
48 Lombardy Street
Brooklyn, NY 11222


Lavazza
500 Fifth Avenue
Pelham, NY 10803


Lund Fire Products
PO Box 610522
Bayside, NY 11361


M &M
PO Box 155
Morganville, NJ 07751


Manhattan Beer
955 E. 149th Street
Bronx, NY 10455


Manhattan Paper Corp
700 Pennsylvania Ave
Lyndhurst, NJ 07071


Marin Management
157 E. 25th Street
New York, NY 10010


Monsier Touton Selection
129 W. 27th Street
New York, NY 10001

Noah Management Group
1428 36th Street
Suite 219
Brooklyn, NY 11218

Noe Galvez
c/o Lee Litigation Group
30 E. 39th Street
Second Floor
New York, NY 10016

NYC Consumer Affairs
42 Broadway
New York, NY 10004

NYC Department of Finance
66 John Street
New York, NY 10038

OmniPak
2916 120th Street
Flushing, NY 11354

Parisy Bakery
290 Elizabeth Street
New York, NY 10012

Peace of Mind
142 Bay 44th Street
Brooklyn, NY 11214

Polar Bear of NY
2644 N. Jersusalem Rd.
Bellmore, NY 11710

Raffetto's
469 West Commercial Ave
Moonachie, NJ 07074

Scientific Fire Prev.
54-59 43rd Street
Maspeth, NY 11378

Southern Glazers of NY
PO Box 250
East Norwich, NY 11732

Time Warner Cable
PO Box 11820
Newark, NJ 07101

Verizon
Attn: Legal/Bankruptcy
P.O. Box 15124
Albany, NY 12212

Weirfield Coal Company
386 Weirfield Street
Brooklyn, NY 11237

Wine Emporium
209 North 11th Street
Brooklyn, NY 11211

# United States Bankruptcy Court
### Eastern District of New York

In re    KEM REST., INC.

Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   KEM REST., INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 14, 2017
_____
Date

Lawrence Morrison
Signature of Attorney or Litigant
Counsel for    KEM REST., INC.
MORRISON TENENBAUM PLLC
87 Walker Street, Floor 2
New York, NY 10013
212-620-0938
morrlaw@aol.com, LMORRISON@M-T-LAW.COM

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

### STATEMENT PURSUANT TO LOCAL
### BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  KEM REST., INC.                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____  JUDGE: _____  DISTRICT/DIVISION: **EDNY**

DEBTOR NAME:  **Thompson Rest. Inc.**

CASE STILL PENDING (Y/N):   Y          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:   **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                         (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

_____
**Lawrence Morrison**
Signature of Debtor's Attorney
**MORRISON TENENBAUM PLLC**
**87 Walker Street, Floor 2**
**New York, NY 10013**
**212-620-0938**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:

KEM REST, INC.,

                    Debtor.
------------------------------------------------------------------------X

Chapter 11

Case No. 17-_____ (    )

## AFFIDAVIT PURSUANT TO E.D.N.Y. LOCAL BANKRUPTCY RULE 1007-4

STATE OF NEW YORK    )
                        ) ss:
COUNTY OF NEW YORK  )

I, Kimi Cohen, duly sworn, depose and say:

1.      I am the President of Kem Rest., Inc. ("Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor.  I submit this Affidavit in accordance with the E.D.N.Y. Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2.      There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding.

3.      The Debtor operates an Italian cuisine restaurant located at 214 10th Avenue, New York, New York 10011. All of the Debtor's books and financial records are located at 3836 Flatlands Avenue, Brooklyn, New York 11234. The Debtor was incorporated on September 6, 1990.

4.      The Debtor is filing a voluntary petition under Chapter 11 of the Bankruptcy Code due to a pending federal labor standard act action in the Southern District of New York.

5.      I have 100% of the ownership interest as principal in the Debtor.

6.    A list of the Debtor's top twenty (20) largest unsecured creditors was filed.

7.    Currently, the estimated average monthly revenue is about $135,000.00.    The Debtor has 34 employees, and the estimated average monthly payroll is approximately $40,834.00 a month, including payroll taxes.    The other expenses are as follows:

    a.    Officer compensation: $7,860.00 per month

    b.    Estimated Cost of Goods Sold: about $33,095.00 a month

    c.    Estimated Operating expenses, incl. rent: about $49,220.00 a month

8.    All required schedules, if not filed with the voluntary petition on the date of filing, will be filed within fourteen (14) days of the date filing the Debtor's voluntary petition, which will provide a list of the Debtor's assets, secured creditors and other information required.


Dated: New York, New York
      June 15th, 2017

                                        By: Kimi Cohen

Sworn to before me this 15th day of
June, 2017

Rachel Tracy
Notary Public
01TR6342409
Expires: May 23, 2020
New York County

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

**KEM REST., INC.**

                                    Debtor.
------------------------------------------------------------------X

Chapter 11

Case No. 17-_____ (      )

## <u>CORPORATE RESOLUTION</u>

At the meeting of the Board of Directors of Kem Rest., Inc. ("Kem"), it was determined

to be in the best interests of Kem to file for bankruptcy under Chapter 11 of the United States

Bankruptcy Code.


Dated: New York, New York
       June 14, 2017

                    By_____
                         Kimi Cohen, President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:    KEM REST., INC.

Chapter    11

Case No.:

Debtor(s)
-------------------------------------------------X

STATEMENT PURSUANT TO LOCAL RULE 2017

I, Lawrence Morrison, an attorney admitted to practice in this Court, state:

1.  That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2.  That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| June 12, 2017 | Initial interview, analysis of financial condition, etc. |
| June 14, 2017 | Preparation and review of Bankruptcy petition |

3.  That my firm will also represent the debtor(s) at the first meeting of creditors.

4.  That all services rendered prior to the filing of the petition herein were rendered by my firm.

5.  That my usual rate of compensation of bankruptcy matters of this type is $ _495_ .

Dated: June 14, 2017

Lawrence Morrison
Attorney for debtor(s)
MORRISON TENENBAUM PLLC
87 Walker Street, Floor 2
New York, NY 10013

212-620-0938
morrlaw@aol.com, LMORRISON@M-T-LAW.COM